MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant
Rajinder Kaur Dhillon, (II)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 12 CR 300 JAM |
|---|---|
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) |
| Rajinder Kaur Dhillon,(II)., | ) |
| Defendants. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Rajinder Kaur Dhillon, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: September 5, 2012     ___/s/Rajinder Kaur Dhillon___
                                        Rajinder Kaur Dhillon
                                        (Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated: September 5, 2012     *Michael Chastaine /s/*_____
                                        Michael Chastaine
                                        Attorney for Rajinder Dhillon

It is so order

Dated:   9/6/2012                  /s/ John A. Mendez_____
                                        John A. Mendez
                                        U. S. District Court Judge