BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJINDER KAUR DHILLON II,<br><br>Defendant and Judgment Debtor.<br><hr>BANK OF AMERICA, N.A.,<br><br>Garnishee. | Case No.: 2:14-MC-00108-GEB-KJN<br><br>**STIPULATION FOR CONTINUING ORDER OF GARNISHMENT; AND ORDER THEREON**<br><br>CRIMINAL CASE. NO. 2:12-CR-00300-MCE<br><br>No Hearing Requested |

   The parties and signatories (the Signatories) stipulate to the resolution of the United States' pending garnishment action against defendant Rajinder Kaur Dhillon II's interest in multiple bank accounts maintained at Bank of America as follows:

   1.   On May 22, 2014, the Court sentenced Defendant in case number 2:12-CR-00300-MCE and ordered her to pay a statutory assessment and restitution. The Second Amended Judgment directs Defendant to pay a $100 special assessment and $72,631.29 in restitution. ECF No. 161.

   2.   The United States sought, and the Clerk issued, a writ of garnishment on August 26, 2014 against Defendant's banking accounts at garnishee Bank of America, N.A. Misc. Case ECF No. 5.

   3.   Bank of America has not yet filed and served its answer to the writ, but advised the

United States that it is holding $43,480.31 in funds from accounts in which Defendant has a sole or shared interested with her spouse, Amrik Dhillon.  One of the accounts—ending in numbers 0907—contains over $35,000.

    3.    The signatories agree that:

        A. This is a continuing writ of garnishment;

        B. The United States may garnish account No. 0907 in the amount of $35,000; and

        C. Defendant and her spouse may regain control of any remaining funds above $35,000.00 in account No. 0907, and resume regular banking transactions in this and the other Bank of America accounts upon signature of the accompanying Order.

FOR THE UNITED STATES OF AMERICA:

        BENJAMIN B. WAGNER
        United States Attorney

Dated: September 8, 2014        /s/ Kurt A. Didier
        KURT A. DIDIER
        Assistant United States Attorney

FOR RAJINDER KAUR DHILLON II:

Dated: September 8, 2014        /s/ Rajinder Kaur Dhillon II
        RAJINDER KAUR DHILLON II, an individual

FOR AMRIK DHILLON:

Dated: September 8, 2014        /s/ Amrik Dhillon
        AMRIK DHILLON, an individual

APPROVED AS TO FORM AND CONTENT:

Dated: September 8, 2014        /s/ Michael R. Barrette
        MICHAEL R. BARRETTE, ESQ.
        Attorney for Rajinder and Amrik Dhillon

**ORDER**

The Court, having reviewed the files and the parties' Stipulation for Continuing Order of Garnishment (the Stipulation) and finding good cause therefore, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for a continuing order of garnishment in the amount of $35,000 is GRANTED;

2. Bank of America shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check, money order or company draft in the sum of $35,000 drawn from the account ending in numbers 0907, and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Bank of America shall also state the docket number (Case No.: 2:12-CR-00300-MCE) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment; and

3. Upon the signing of this Order, Bank of America shall RELEASE its hold on any amount exceeding $35,000 in account No. 0907 and on any other Bank of America accounts associated with Defendant or her spouse, Amrik Dhillon.

IT IS SO ORDERED.

Dated: September 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE